## Logan Appeal.

Submitted September 12, 1975. *Barry P. Tumpson* and *James A. Naddeo,* for appellant; *William C. Kriner,* Assistant District Attorney, and *Richard A. Bell,* District Attorney, for appellee.

Judgment of sentence affirmed.

## P & M Supply Company *v.* Somerset Construction Co., Inc., Appellant.

Submitted February 9, 1976. *John H. Appleton, Norman Harris,* and *Nogi, O'Malley & Harris,* for appellant; *James McHale,* for appellee.

Appeal quashed.